

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00369-CV

_____

KENNETH B. CHAIKEN AND PATRICIA HARVEY, Appellants

V.

CORVALLA, LTD., Appellee

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 22-5037-431

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellants' "Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). Accordingly, Appellee's "Opposed Motion for Emergency Temporary Relief" is denied as moot.

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: December 1, 2022